AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

United States Courts
Southern District of Texas
FILED
*July 23, 2024*
Nathan Ochsner, Clerk of Cour

UNITED STATES OF AMERICA
v.
Carlos Guevara-Barillas

## CRIMINAL COMPLAINT

Case Number: M-24-1208-M

IAE    YOB: 1985
El Salvador

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __July 22, 2024__ in __Starr__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Roma, Tx , Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Guevara-Barillas was encountered by Border Patrol Agents near Roma, Tx , Texas, on July 22, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 22, 2024, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 14, 2022, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On September 12, 2022, the Defendant was convicted of Unlawful Use of a Weapon and sentenced to two (2) years' probation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 23, 2024 at 8:01 a.m.

/s/ Juan A. Garcia
**Signature of Complainant**
Juan A. Garcia        Border Patrol Agent

**J. Scott Hacker**           , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer